**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CRAIG BOESING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )　　No. 4:04CV1268-DJS |
| | ) |
| JULIUS K. HUNTER, | ) |
| VINCENT BOMMARITO, | ) |
| JOANN FREEMAN MORROW, | ) |
| CHRIS GOODSON, FRANCIS G. SLAY, | ) |
| LT. JOE SPIESS, and JOHN DOE, | ) |
| | ) |
| Defendants. | ) |

<u>MEMORANDUM AND ORDER</u>

The Court has carefully reviewed the parties' proposed voir dire questions. Neither party will be permitted to ask plaintiff's proposed questions 3, 8, 9, 10, 11, and 12, and defendants' proposed questions 16, 19a, 22, 22a, 23, 24, 25, 26, 27a, 28a, 28b, 31, 33, 35, 37, 38, 39, 40, 41, 42, 43, and 45. Plaintiff's question 4 may be asked using the language "Are any of you, members of your family, or close personal friends of yours in law enforcement?" Plaintiff's question 13 may be asked if the phrase "because someone has been convicted of a crime" is used instead of the phrase "because someone is a convicted burglar." Plaintiff's question 14 may be asked without the language "because that person is a member of a law enforcement agency." Plaintiff's question 16 may be asked without the word "punitive." Accordingly,

**IT IS HEREBY ORDERED** that the parties may ask any of the proposed questions contained plaintiff's proposed voir dire [Doc. #99] and defendants' proposed voir dire [Doc. #84] except those asked by the Court and those which are excluded or amended in the above memorandum. The amended questions may be asked with the above changes.

Dated this ___29th___ day of March, 2007.


/s/ Donald J. Stohr
UNITED STATES DISTRICT JUDGE